FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8055

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| vs. | ) 21 U.S.C. § 952 and 960 |
| Maria Cristina BONILLA-Bautista | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about January 22, 2008, within the Southern District of California, defendant Maria Cristina BONILLA-Bautista did knowingly and intentionally import approximately 21.30 kilograms (46.86 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 24 DAY OF JANUARY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Maria Cristina BONILLA-Bautista

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On January 22, 2008, Maria Cristina BONILLA-Bautista made entry into the United States from Mexico through the Calexico, California East Port of Entry. BONILLA was the driver of a Nissan Passenger car of unknown ownership. Customs and Border Protection Officer (CBPO) E. Medina received a negative Customs declaration from BONILLA. CBPO Medina referred BONILLA for further inspection.

In secondary, CBP Canine Enforcement Officer (CEO) E. Smura utilized his Narcotic Detector Dog (NDD) to screen the Nissan. The NDD alerted to the odor of a controlled substance in the area of the Nissan. CBPO S. Apolinar continued the inspection of CORONADO and the Jeep.

Inspection of the vehicle resulted in the recovery of four (4) packages containing a green leafy substance. CBPO Almaghraby removed a sample from one of the packages. This sample field-tested positive for marijuana. The combined weight of the packages was 21.30 kilograms (46.86 pounds).

Special Agent (S/A) Timothy Henderson interviewed BONILLA. S/A S. Galvan read BONILLA her constitutional rights per Miranda in Spanish. BONILLA orally

waived her rights, as well as signing the written waiver of rights, agreeing to make a statement.

BONILLA stated that she was told that controlled substances (drugs) would be within the Nissan. BONILLA stated that she would be paid to transport the controlled substance laden vehicle to an unknown location within California.